UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JESSIE F. TRUITT, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-20-475-J |
| | ) |
| DR. PATTI STEM, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this action pursuant to 42 U.S.C. § 1983. The matter was referred to United States Magistrate Judge Gary M. Purcell for initial proceedings consistent with 28 U.S.C. § 636. [Doc. No. 4]. On September 3, 2020, Judge Purcell issued a Report and Recommendation recommending that Plaintiff's "Request for Extension-of-Time 3rd Request for Extended Time" (Motion for Extension) be denied. [Doc. No. 24]. Plaintiff was advised of his right to object to the Report and Recommendation by September 23, 2020. Plaintiff has filed a timely objection. [Doc. No. 28].

In his Motion for Extension, Plaintiff requests an extension of time to file an amended complaint. Plaintiff has timely filed his Amended Complaint. Therefore, Plaintiff's Motion for Extension is now moot. In his Motion for Extension, Plaintiff also requests the Court to order the officials at his prison to allow him 6 hours of legal time. Judge Purcell recommended that this portion of the motion be denied because it seeks intermediate relief beyond the claims in the complaint. Having reviewed this matter de novo, the Court concludes Plaintiff's request is not related to his original claims and this Court is without authority to grant the relief requested.

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 24] and DENIES Plaintiff's Motion for Extension [Doc. No. 22].

IT IS SO ORDERED this 30th day of September, 2020.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE