# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JESSEE F. TRUITT, III, | ) |
|       Plaintiff, | ) |
| v. | )    Case No. CIV-20-475-J |
| DR. PATTI STEM, et al., | ) |
|       Defendants. | ) |

## ORDER

Plaintiff, a state prisoner appearing pro se, filed this action, pursuant to 42 U.S.C. § 1983, alleging violations of his constitutional rights. The matter was referred to United States Magistrate Judge Gary M. Purcell for initial proceedings consistent with 28 U.S.C. § 636 [Doc. No. 4] and subsequently transferred to United States Magistrate Judge Amanda Maxfield Green [Doc. No. 35]. On January 29, 2021, Judge Green issued a Report and Recommendation recommending that Plaintiff's Declarations for Entry of Default be denied. [Doc. No. 48]. Plaintiff was advised of his right to object to the Report and Recommendation by February 19, 2021. No objection has been filed. Plaintiff has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 48] and DENIES Plaintiff's Declarations for Entry of Default [Doc. Nos. 40 and 47].

IT IS SO ORDERED this 2nd day of March, 2021.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE